Name and address
Sunny S. Kim
Ballon Stoll Bader & Nadler, P.C.
1450 Broadway, 14th Floor
New York, NY 10018
Telephone: (212) 575-7900
Fax: (212) 764-5060

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. KAUFHOLD, HEIDI CALVERT and JONATHAN KROSKY<br>Plaintiff(s)<br>v.<br>WAL-MART STORES, INC.<br>Defendant(s). | CASE NUMBER<br>CV-07-06478 ER (AGRx)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.
*To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (G-76), available on the court's website at www.cacd.uscourts.gov.*

I, _____ Sunny S. Kim _____ , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: _____ Wal-Mart Stores, Inc. _____ by whom I have been retained.

My *out-of-state* business information is as follows:

_____ Ballon Stoll Bader & Nadler, P.C. _____
*Firm Name*
_____ 1450 Broadway, 14th Floor _____
*Street Address*

| _____ New York, NY 10018 _____ | _____ skim@ballonstoll.com _____ |
|---|---|
| *City, State, Zip* | *E-Mail Address* |
| _____ (212) 575-7900 _____ | _____ (212) 764-5060 _____ |
| *Telephone Number* | *Fax Number* |

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| U.S. District Court, District of New Jersey | May 2003 |
| Supreme Court of New Jersey | May 2003 |
| State of New York Court of Appeals | March 2003 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:




I designate _____Andrew Leibnitz_____ as local counsel, whose business information is as follows:

Farella Braun & Martel LLP
*Firm Name*

235 Montgomery Street, 17th Floor
*Street Address*

San Francisco, CA 94104             aleibnitz@fbm.com
*City, State, Zip*                  *E-Mail Address*

(415) 954-4400                      (415) 954-4480
*Telephone Number*                  *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated 1/4/08                        Sunny S. Kim
                                    *Applicant's Name (please print)*

                                    [signature]
                                    *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated 1/7/08                        Andrew Leibnitz
                                    *Designee's Name (please print)*

                                    [signature]
                                    *Designee's Signature*

                                    184723
                                    *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**