# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. KAUFHOLD, HEIDI CALVERT and JONATHAN KROSKY, <br><br> Plaintiff(s) <br> v. <br><br> WAL-MART STORES, INC. <br><br> Defendant(s). | CASE NUMBER <br><br> CV-07-06478 ER (AGRx) <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Sunny S. Kim__,
*Applicant's Name*

of __Ballon Stoll Bader & Nadler, P.C.__ for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☐ Plaintiff   ☒ Defendant   __Wal-Mart Stores, Inc.__

and the designation of __Andrew Leibnitz__ of __Farella Braun & Martel LLP__
*Local Counsel Designee*                              *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ **GRANTED**

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated   JAN 17 2008

_____
U. S. District Judge/U.S. Magistrate Judge