```
 1  FRANK N. DARRAS #128904
    MICHAEL B. HORROW #162917
 2  SHERNOFF BIDART & DARRAS, LLP
 3  600 South Indian Hill Boulevard
    Claremont, CA 91711           Priority  ✓
 4  Telephone:  (909) 621-4935    Send      ✓
    Facsimile:  (909) 625-6915    Enter
 5                                Closed
                                  JS-5/JS-6
 6  Attorneys for Plaintiff       JS-2/JS-3
                                  Scan Only
```



FILED
CLERK, U S DISTRICT COURT
JAN 29 2003
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ERIC M. MURPHY,<br><br>Plaintiff,<br><br>vs.<br><br>LONG TERM DISABILITY PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendants. | Case No.: EDCV 02-986 VAP(SGLx)<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ~~PROPOSED~~ ORDER<br><br>Complaint Filed: September 17, 2002 |
|---|---|

WHEREAS, the Court has set this matter for a Scheduling Conference on February 3, 2003, at 1:30 p.m.;

WHEREAS, Frank N. Darras of Shernoff Bidart & Darras LLP, attorneys for plaintiff ERIC M. MURPHY ("MURPHY"), is lead trial counsel for MURPHY in this matter;

WHEREAS, Mr. Darras is a speaker and chairperson at the 2003 American Trial Lawyers Association Convention (ATLA) in Maui, Hawaii on February 3, 2003;

WHEREAS, the parties in this matter have already met and conferred pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court and submitted the Joint Report to this Court on December 26, 2002 and exchanged Initial Disclosures on December 24, 2002;

ENTER ON ICMS
JAN 30 2003

- 1 -
Stipulation to Continue Scheduling Conference and Proposed Order

**ORIGINAL**

WHEREAS, counsel for defendant LIFE INSURANCE COMPANY OF NORTH AMERICA and OAO CORPORATION LONG-TERM DISABILITY PLAN have no objection to continuing the scheduling conference in this matter;

IT IS HEREBY STIPULATED by and between the parties, by and through their respective attorneys of record, that the Scheduling Conference currently set for February 3, 2003, at 1:30 p.m., be continued to February 10, 2003, or as soon there after as it convenient for the Court.

Dated: January 28, 2003          SHERNOFF BIDART & DARRAS LLP

                                 _____
                                 FRANK N. DARRAS
                                 MICHAEL B. HORROW
                                 Attorneys for Plaintiff
                                 ERIC MURPHY

Dated: January 28, 2003          SMITH, SILBAR, PARKER & WOFFINDEN


                                 _____
                                 KEITH M. PARKER
                                 Attorneys for Defendants
                                 LIFE INSURANCE COMPANY OF NORTH
                                 AMERICA and OAO CORPORATION LONG-
                                 TERM DISABILITY PLAN

## ORDER

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the Scheduling Conference currently set for February 3, 2003, at 1:30 p.m., be continued to February 10, 2003, at 1:30 p.m., in Courtroom 2.

Dated: January 29, 2003          _____
                                 VIRGINIA A. PHILLIPS
                                 UNITED STATES DISTRICT COURT JUDGE

Stipulation to Continue Scheduling Conference and Proposed Order

1  WHEREAS, counsel for defendant LIFE INSURANCE COMPANY OF NORTH
2  AMERICA and OAO CORPORATION LONG-TERM DISABILITY PLAN have no
3  objection to continuing the scheduling conference in this matter;
4  IT IS HEREBY STIPULATED by and between the parties, by and through their
5  respective attorneys of record, that the Scheduling Conference currently set for
6  February 3, 2003, at 1:30 p.m., be continued to February 10, 2003, or as soon there
7  after as it convenient for the Court.
8

9  Dated: January 28, 2003                SHERNOFF BIDART & DARRAS LLP
10
11
12                                         FRANK N. DARRAS
                                           MICHAEL B. HORROW
13                                         Attorneys for Plaintiff
14                                         ERIC MURPHY

15 Dated: January 28, 2003                 SMITH, SILBAR, PARKER & WOFFINDEN
16
17
18                                         KEITH M. PARKER
                                           Attorneys for Defendants
19                                         LIFE INSURANCE COMPANY OF NORTH
20                                         AMERICA and OAO CORPORATION LONG-
                                           TERM DISABILITY PLAN
21
22                          **ORDER**
23  Based upon the stipulation of the parties and for good cause shown,
24  IT IS HEREBY ORDERED that the Scheduling Conference currently set for
25  February 3, 2003, at 1:30 p.m., be continued to February ____, 2003, at _____.m., in
26  Courtroom 2.
27  Dated: _____
                                           VIRGINIA A. PHILLIPS
28                                         UNITED STATES DISTRICT COURT JUDGE

- 2 -

Stipulation to Continue Scheduling Conference and Proposed Order

Murphy, Eric v Long Term Disability Plan; Life Insurance Company of North America
EDCV 02-986 VAP(SGLx)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 600 South Indian Hill Boulevard, Claremont, California 91711.

On **January 28, 2003**, I served the foregoing document described as:

**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND PROPOSED ORDER**

on all interested parties in this action by placing [ . ] the original [x ]a true copy thereof enclosed in sealed envelopes addressed as follows:

See Attached List

[ x ]BY MAIL
    I caused such envelope to be deposited in the mail at Claremont, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ]BY PERSONAL SERVICE
    I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[ ]BY OVERNIGHT MAIL/COURIER
    To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ]BY FACSIMILE ("FAX")
    In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **January 28, 2003**, at Claremont, California.

Jeanne Arias

Murphy, Eric v Long Term Disability Plan; Life Insurance Company of North America
EDCV 02-986 VAP(SGLx)

## Service List

Keith Parker, Esq.
SMITH, SILBAR, PARKER & WOFFINDEN, LLP
19100 Von Karman Avenue, Suite 400
Irvine, CA 92612
Phone: (949)263-8066
Fax: (949)263-8073

Attorney For: Life Insurance Company of North America and OAO Corporation Long Term Disability Plan