**FILED**
CLERK, U S DISTRICT COURT
FEB 1 0 2003
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ERIC M MURPHY, PLAINTIFF(S) v LONG TERM DISABILITY PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA, DEFENDANT(S) | CASE NUMBER **EDCV 02-00986-VAP(SGLx)** SETTLEMENT PROCEDURE SELECTION NOTICE, REQUEST AND ORDER |
|---|---|

Pursuant to Local Rule 16-14, the parties recommend that the Court approve the following settlement procedure

☐ SETTLEMENT PROCEDURE NO 1 - The parties shall appear before the *(check one)*
   ☐ district judge  *or*  ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct

☐ SETTLEMENT PROCEDURE NO 2 - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings

☒ SETTLEMENT PROCEDURE NO 3 - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings

☐ SETTLEMENT PROCEDURE NO 4 - The parties shall appear before a district judge selected at random from the Judicial Civil Settlement Panel for all further settlement proceedings

Dated _____ By _____
                                     Attorney For Plaintiff

Dated FEB 10 2003 By _____
                                     Attorney For Plaintiff

Dated February 10, 2003 By _____
                                     Attorney For Defendant

Dated _____ By _____
                                     Attorney For Defendant

**ORDER**

☒ The request is APPROVED
☐ The request is DENIED, **IT IS FURTHER ORDERED** that the Settlement Procedure shall be as follows

For Settlement Procedure No 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings For Settlement Procedure Nos 1, 3, and 4, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings

Dated 2/10/03 _____
                            United States District Judge

ENTER ON ICMS
FEB 1 1 2003

Courtroom deputy to serve
cc: Attorney Settlement Officer Panel Coordinator
    All counsel of record

ADR-1 (11/01)    SETTLEMENT PROCEDURE SELECTION NOTICE, REQUEST AND ORDER