**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No  EDCV 02-00986-VAP(SGLx) | Date  February 10, 2003 |

Title   ERIC M MURPHY -v- LONG TERM DISABILITY PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA

================================================================

PRESENT   HONORABLE VIRGINIA A PHILLIPS, U S DISTRICT JUDGE

| Rachel Ingram | Maria Beesley |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS | ATTORNEYS PRESENT FOR DEFENDANTS |
|---|---|
| Frank N Darras | Keith M Parker |

PROCEEDINGS   SCHEDULING CONFERENCE

Court and counsel confer re case and settlement status   Cross motions for summary judgment are to be filed no later than April 28, 2003 and set for hearing for June 2, 2003 at 10 00 a m   Any opposition shall be filed no later than May 12, 2003   Any reply shall be filed no later than May 19, 2003

The scheduling conference is continued to March 10, 2003 at 1 15 p m  to be heard telephonically  Plaintiff's counsel shall initiate the call to chambers at 909-328-4420



MINUTES FORM 90
CIVIL -- GEN

ENTER ON ICMS

FEB 1 1 2003



Initials of Deputy Clerk RI

