**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   EDCV 02-00986-VAP(SGLx)                                Date: March 10, 2003

Title:   ERIC M. MURPHY -v- LONG TERM DISABILITY PLAN; LIFE INSURANCE
         COMPANY OF NORTH AMERICA
===============================================================================
PRESENT:  HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Rachel Ingram                         Maria Beesley
    Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

    Frank N. Darras                       Keith Parker

PROCEEDINGS:   TELEPHONIC SCHEDULING CONFERENCE

    Court and counsel confer re case and settlement status. The Court continues the matter to April 14, 2003 at 1:15 p.m. to be heard telephonically. Plaintiff's counsel shall initiate the call to chambers at 909-328-4420.



MINUTES FORM 90
CIVIL -- GEN

MAR 12 2003

ENTER ON ICMS
MAR 1 2 2003

Initials of Deputy Clerk RI