UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No   EDCV 02-00986-VAP(SGLx)                    Date  April 14, 2003

Title   ERIC M MURPHY -v- LONG TERM DISABILITY PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA

===============================================================================

PRESENT   HONORABLE VIRGINIA A PHILLIPS, U S DISTRICT JUDGE

Rachel Ingram                        Maria Beesley
Courtroom Deputy                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS     ATTORNEYS PRESENT FOR DEFENDANTS

Frank N Darras                       Keith M Parker

PROCEEDINGS   TELEPHONIC SCHEDULING CONFERENCE

   Court and counsel confer re case and settlement status   The matter is continued to May 12, 2003 at 1 15 p m  to be heard telephonically  Plaintiff's counsel shall initiate the call to chambers at 909-328-4420  If a dismissal is submitted prior to the hearing date, the matter will be vacated

MINUTES FORM 90
CIVIL -- GEN



ENTER ON ICMS

APR 1 5 2003

Initials of Deputy Clerk RI

