UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No   EDCV 02-00986-VAP(SGLx)                              Date  May 2, 2003

Title     ERIC M MURPHY -v- LONG TERM DISABILITY PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA

==============================================================================

PRESENT   HONORABLE VIRGINIA A PHILLIPS, U S DISTRICT JUDGE

Rachel Ingram                                     None Present
Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS      ATTORNEYS PRESENT FOR DEFENDANTS

None                                              None

PROCEEDINGS   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the telephonic scheduling conference is hereby advanced from May 12, 2003 to May 9, 2003 at 1 15 p m

ENTER ON ICMS
MAY -2 2003

MINUTES FORM 90                                   Initials of Deputy Clerk RI
CIVIL -- GEN