SMITH, SILBAR, PARKER & WOFFINDEN, LLP
  Keith M Parker, Esq, Bar No 107693
19100 Von Karman Avenue, Suite 400
Irvine, California 92612

Telephone  (949) 263-8066
Facsimile  (949) 263-8073

Attorneys for Defendants LIFE INSURANCE COMPANY
OF NORTH AMERICA and OAO CORPORATION
LONG-TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M MURPHY,<br><br>　　　　Plaintiff,<br><br>vs<br><br>LONG TERM DISABILITY PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant | Case No  EDCV 02-986 VAP (SGLx)<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE, ORDER** |

　　　　IT IS HEREBY STIPULATED by and between plaintiff Eric M Murphy and defendants Life Insurance Company of North America and OAO Corporation Long-Term Disability Plan, by and through their respective counsel of record, that the Court may enter an order herein as follows

　　　　1　That the complaint herein and the claims for relief set forth therein are hereby dismissed with prejudice

///
///
///

1

Stipulation and Request for Dismissal With Prejudice, Order

2   That each party will bear its own costs and attorneys' fees

Dated May 8, 2003

SMITH, SILBAR, PARKER
& WOFFINDEN, LLP

By _____
Keith M Parker
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH
AMERICA and OAO CORPORATION LONG-TERM
DISABILITY PLAN

Dated May 7, 2003

SHERNOFF, BIDART & DARRAS

By _____
Frank N Darras
Attorneys for Plaintiff
ERIC M MURPHY

**O R D E R**

IT IS SO ORDERED

DATED May 8, 2003

_____
The Honorable Virginia A Phillips
United States District Judge

q \cigna\Murphy\pldgs\d16 03 Stip for Dismissal

2

Stipulation and Request for Dismissal With Prejudice, Order