

1  Andrew Leibnitz (State Bar No.
   184723)
2     aleibnitz@fbm.com
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6
   Sunny S. Kim (Admitted *Pro Hac Vice*)
7     skim@ballonstoll.com
   Ballon Stoll Bader & Nadler, P.C.
8  1450 Broadway, 14th Floor
   New York, NY  10018
9  Telephone:  (212) 575-7900
10 Facsimile:  (212) 764-5060

11 Attorneys for Defendant
   WAL-MART STORES, INC.
12

Richard Lloyd Sherman (State Bar
No. 106597)
   rsherman@snmlaw.com
Abhay Khosla (State Bar No. 223555)
   abhaykhosla@snmlaw.com
Sherman & Nathanson
9454 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone:  (310) 246-0321
Facsimile:  (310) 246-0305

Attorneys for Plaintiffs
ROBERT C. KAUFHOLD, HEIDI
CALVERT and JONATHAN
KROSKY

FILED
CLERK, U.S. DISTRICT COURT

APR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

13

14                    UNITED STATES DISTRICT COURT

15                    CENTRAL DISTRICT OF CALIFORNIA

16

17 ROBERT C. KAUFHOLD p/k/a
   BOBBY STEELE, an individual;
18 HEIDI CALVERT, an individual;
   JONATHAN KROSKY, an
19 individual,

20              Plaintiffs

21       vs.

22 WAL-MART STORES, INC., a
   Delaware Corporation,
23

24              Defendant.

Case No. CV-07-06478 R (AGRx)

**STIPULATION AND** [PROPOSED]
**ORDER REGARDING**
**DEFENDANT'S TIME TO FILE A**
**RESPONSIVE PLEADING TO**
**PLAINTIFFS' FIRST AMENDED**
**COMPLAINT**

Hon. Manuel L. Real

25

26

27

28       **WHEREAS** Plaintiffs Robert C. Kaufhold, Heidi Calvert and Jonathan

Krosky filed their First Amended Complaint on March 28, 2008 asserting claims

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Stipulation and Order - Case No. CV-07-06478 R
(AGRx)                                          - 1 -                        22655\1406182.1

1  for copyright infringement, violation of the Lanham Act, misappropriation, libel,

2  accounting and trademark infringement;

3      **WHEREAS** on March 31, 2008, *pro hac vice* counsel for Defendant, Sunny

4  S. Kim, telephoned Plaintiffs' counsel, Richard Lloyd Sherman and Abhay Khosla,

5  regarding Plaintiffs' omission to append the certificates of copyright registration as

6  exhibits to the First Amended Complaint;

7      **WHEREAS** Plaintiffs' counsel, Richard Lloyd Sherman, advised Sunny S.

8  Kim during the March 31, 2008 telephone conference that copies of the certificates

9  of copyright registration would be forthcoming;

10      **WHEREAS** on March 31, 2008, the attorneys for the parties herein agreed to

11  toll the onset of the statutory period for Defendant to plead or otherwise respond to

12  the First Amended Complaint to the date on which Plaintiffs file and serve said

13  copyright registration certificates;

14      **WHEREAS** on April 4, 2008, Plaintiffs, by way of a Notice of Errata

15  Regarding the First Amended Complaint, filed and served two certificates of

16  copyright registration for the works entitled "Bobby Steele" and "Classic Bobby

17  Steele."

18      **IT IS HEREBY STIPULATED AND AGREED** by and between the

19  attorneys for the parties, and subject to the approval of the Court, that the time for

20  Defendant Wal-Mart Stores, Inc. to answer, move or otherwise respond to the First

21  Amended Complaint herein is extended to and including April 24, 2008.

22      **IT IS FURTHER STIPULATED AND AGREED** by the undersigned that

23  a faxed copy of this Stipulation will be deemed an original for purposes of this

24  Stipulation and that this Stipulation may be executed in one or more counterparts,

25  ///

26  ///

27  ///

28  ///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation and Order - Case No. CV-07-06478 R
(AGRx)

- 2 -

22655\1406182.1

1    but that all such counterparts shall together constitute but one and the same

2    instrument.

3        SO STIPULATED.

4

5    Dated:  April 8, 2008                    FARELLA BRAUN & MARTEL LLP

6

7                                            By: /s/ Andrew Leibnitz
                                                 Andrew Leibnitz
8
                                            Attorneys for Defendant
9                                            WAL-MART STORES, INC.

10

11   Dated:  April 8, 2008                    SHERMAN & NATHANSON

12

13                                           By:_____
                                                Richard Lloyd Sherman
14                                              Abhay Khosla

15                                           Attorneys for Plaintiffs
                                            ROBERT C. KAUFHOLD, HEIDI
16                                           CALVERT and JONATHAN
                                            KROSKY
17

18

19                          **ORDER**

20

21   For good cause shown, IT IS SO ORDERED.

22

23   Dated: _April 14, 2008_        By: _____

24                                            Honorable Manuel L. Real
                                            United States District Court Judge
25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation and Order - Case No. CV-07-06478 R
(AGRx)                                    - 3 -                        22655\1406182.1

1    but that all such counterparts shall together constitute but one and the same

2    instrument.

3          SO STIPULATED.

4

5    Dated: April 8, 2008                        FARELLA BRAUN & MARTEL LLP

6

7                                            By:_____
                                                    Andrew Leibnitz

8

9                              Attorneys for Defendant
                             WAL-MART STORES, INC.

10

11   Dated: April 8, 2008                        SHERMAN & NATHANSON

12

13                                             By:_____
                                                  Richard Lloyd Sherman

14                                                  Abhay Khosla

15                             Attorneys for Plaintiffs

16                             ROBERT C. KAUFHOLD, HEIDI
                             CALVERT and JONATHAN

17                             KROSKY

18

19                                **ORDER**

20

21   For good cause shown, IT IS SO ORDERED.

22

23   Dated: _____               By: _____

24                                          Honorable Manuel L. Real
                                        United States District Court Judge

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation and Order - Case No. CV-07-06478 R
(AGRx)       - 3 -       22655\1406182.1