Andrew Leibnitz (State Bar No. 184723)
    aleibnitz@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:   (415) 954-4480

Sunny S. Kim (Admitted *Pro Hac Vice*)
    skim@ballonstoll.com
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue, 17th Floor
New York, NY  10019
Telephone:  (212) 575-7900
Facsimile:   (212) 764-5060

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. KAUFHOLD p/k/a BOBBY STEELE, an individual; HEIDI CALVERT, an individual; JONATHAN KROSKY, an individual,<br><br>            Plaintiffs<br><br>    vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation,<br><br>            Defendant. | Case No. CV-07-6478 R(AGRx)<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT WAL-MART STORES, INC.** |

Defendant Wal-Mart Stores, Inc. responds as follows to the First Amended Complaint filed by Plaintiffs Robert C. Kaufhold, Heidi Calvert and Jonathan Krosky:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT WAL-MART
Case No. CV-07-6478 R (AGRX)

22655\1560379.1

## JURISDICTION AND VENUE

1. In answer to the allegations of paragraph 1, Defendant admits that the First Amended Complaint purports to assert claims for copyright infringement and causes of action arising under the common law of California.

2. In answer to the allegations of paragraph 2, Defendant admits that this Court has jurisdiction over Plaintiffs' two copyright claims (Counts 1 and 2) and Lanham Act claim (Count 3) under 28 U.S.C. §§ 1331 and 1338.  Defendant further admits that this Court has jurisdiction only over those state claims that this Court determines to form part of the same case or controversy to the foregoing three claims.  Except as expressly so admitted, Defendant denies the remaining allegations of paragraph 2.

3. In answer to the allegations of paragraph 3, Defendant admits that venue is proper in this District.

## PARTIES

4. In answer to the allegations of paragraph 4, Defendant admits that it is a corporation organized under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas.

5. In answer to the allegations of paragraph 5, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of said allegations and on that basis denies them.

6. In answer to the allegations of paragraph 6, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of said allegations and on that basis denies them.

7. In answer to the allegations of paragraph 7, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of said allegations and on that basis denies them.

## THE PROTECTED WORKS

8. In answer to the allegations of paragraph 8, Defendant lacks

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT WAL-MART
Case No. CV-07-6478 R (AGRX)

- 2 -

22655\1560379.1

knowledge or information sufficient to form a belief as to the truth or falsity of said allegations and on that basis denies them.

9. In answer to the allegations of paragraph 9, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of said allegations and on that basis denies them.

10. In answer to the allegations of paragraph 10, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of said allegations and on that basis denies them.

11. In answer to the allegations of paragraph 11, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of said allegations and on that basis denies them.

12. In answer to the allegations of paragraph 12, Defendant admits that the Copyright Office issued two certificates of copyright registration for the works entitled "Bobby Steele" and "Classic Bobby Steele," copies of which were filed with the Court and served on Defendant on April 4, 2008. Except as expressly so admitted, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 12 and on that basis denies them.

13. In answer to the allegations of paragraph 13, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of said allegations and on that basis denies them.

14. In answer to the allegations of paragraph 14, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of said allegations and on that basis denies them.

15. In answer to the allegations of paragraph 15, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of said allegations and on that basis denies them.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT WAL-MART
Case No. CV-07-6478 R (AGRX)

- 3 -

22655\1560379.1

## FACTUAL AVERMENTS

16. In answer to the allegations of paragraph 16, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of said allegations and on that basis denies them.

17. In answer to the allegations of paragraph 17, Defendant admits that it commenced selling handbags under the "No Boundaries" label in or around 2007. Except as expressly so admitted, Defendant avers that the remaining allegations of paragraph 17 call for legal conclusions to which no response is required. To the extent a response is required, Defendant denies those allegations.

18. In answer to the allegations of paragraph 18, Defendant admits that it sold the subject handbags at different Wal-Mart locations in the United States only. Except as expressly so admitted, Defendant denies the remaining allegations of paragraph 18.

19. In answer to the allegations of paragraph 19, Defendant avers that the allegations of said paragraph call for legal conclusions to which no response is required.

20. In answer to the allegations of paragraph 20, Defendant avers that the allegations of said paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations of paragraph 20.

21. In answer to the allegations of paragraph 21, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of said allegations and on that basis denies them.

22. In answer to the allegations of paragraph 22, Defendant denies that it used the Steele Mark in bad faith to reach the same geographical areas as the Plaintiff in order to market the same goods. Defendant avers that the remaining allegations of paragraph 22 call for legal conclusions to which no response is required. To the extent a response to these remaining allegations is required,

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT WAL-MART
Case No. CV-07-6478 R (AGRX)

- 4 -

22655\1560379.1

1  Defendant denies them.

## ANSWER TO FIRST CLAIM FOR RELIEF

23. In answer to the allegations of paragraph 23, Defendant restates the answers contained in paragraphs 1 through 22, respectively, and incorporates those answers herein by reference.

24. In answer to the allegations of paragraph 24, Defendant denies each and every allegation of said paragraph.

25. In answer to the allegations of paragraph 25, Defendant denies each and every allegation of said paragraph.

26. In answer to the allegations of paragraph 26, Defendant denies each and every allegation of said paragraph.

27. In answer to the allegations of paragraph 27, Defendant denies each and every allegation of said paragraph.

## ANSWER TO SECOND CLAIM FOR RELIEF

28. In answer to the allegations of paragraph 28, Defendant restates the answers contained in paragraphs 1 through 22, respectively, and incorporates those answers herein by reference.

29. In answer to the allegations of paragraph 29, Defendant denies each and every allegation of said paragraph.

30. In answer to the allegations of paragraph 30, Defendant denies each and every allegation of said paragraph.

31. In answer to the allegations of paragraph 31, Defendant denies each and every allegation of said paragraph.

32. In answer to the allegations of paragraph 32, Defendant denies each and every allegation of said paragraph.

## ANSWER TO THIRD CLAIM FOR RELIEF

33. In answer to the allegations of paragraph 33, Defendant restates the answers contained in paragraphs 1 through 22, respectively, and incorporates those

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT WAL-MART
Case No. CV-07-6478 R (AGRX)

- 5 -

22655\1560379.1

1  answers herein by reference.

2      34.    In answer to the allegations of paragraph 34, Defendant denies that the subject handbags caused confusion or mistake or deception as to the affiliation, connection, or association of Robert C. Kaufhold with Wal-Mart. Defendant avers that the remaining allegations of paragraph 34 call for legal conclusions to which no response is required. To the extent a response to these remaining allegations is required, Defendant denies them.

    35.    In answer to the allegations of paragraph 35, Defendant denies each and every allegation of said paragraph.

    36.    In answer to the allegations of paragraph 36, Defendant denies each and every allegation of said paragraph.

    37.    In answer to the allegations of paragraph 37, Defendant denies each and every allegation of said paragraph.

## ANSWER TO FOURTH CLAIM FOR RELIEF

    38.    In answer to the allegations of paragraph 38, Defendant restates the answers contained in paragraphs 1 through 22, respectively, and incorporates those answers herein by reference.

    39.    In answer to the allegations of paragraph 39, Defendant denies each and every allegation of said paragraph.

    40.    In answer to the allegations of paragraph 40, Defendant denies each and every allegation of said paragraph.

    41.    In answer to the allegations of paragraph 41, Defendant denies each and every allegation of said paragraph.

    42.    In answer to the allegations of paragraph 42, Defendant denies each and every allegation of said paragraph.

## ANSWER TO FIFTH CLAIM FOR RELIEF

    43.    In answer to the allegations of paragraph 43, Defendant restates the answers contained in paragraphs 1 through 22, respectively, and incorporates those

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT WAL-MART
Case No. CV-07-6478 R (AGRX)

- 6 -

22655\1560379.1

1  answers herein by reference.

2      44.    In answer to the allegations of paragraph 44, Defendant denies each
3  and every allegation of said paragraph.

4      45.    In answer to the allegations of paragraph 45, Defendant lacks
5  knowledge or information sufficient to form a belief as to the truth or falsity of said
6  allegations and on that basis denies them.

7      46.    In answer to the allegations of paragraph 46, Defendant lacks
8  knowledge or information sufficient to form a belief as to the truth or falsity of said
9  allegations and on that basis denies them.

10      47.    In answer to the allegations of paragraph 47, Defendant denies each
11  and every allegation of said paragraph.

12      48.    In answer to the allegations of paragraph 48, Defendant denies each
13  and every allegation of said paragraph.

14  **ANSWER TO SIXTH CLAIM FOR RELIEF**

15      49.    In answer to the allegations of paragraph 49, Defendant restates the
16  answers contained in paragraphs 1 through 22, respectively, and incorporates those
17  answers herein by reference.

18      50.    In answer to the allegations of paragraph 50, Defendant denies each
19  and every allegation of said paragraph.

20      51.    In answer to the allegations of paragraph 51, Defendant denies each
21  and every allegation of said paragraph.

22  **ANSWER TO SEVENTH CLAIM FOR RELIEF**

23      52.    In answer to the allegations of paragraph 52, Defendant restates the
24  answers contained in paragraphs 1 through 22, respectively, and incorporates those
25  answers herein by reference.

26      53.    In answer to the allegations of paragraph 53, Defendant lacks
27  knowledge or information sufficient to form a belief as to the truth or falsity of said
28  allegations and on that basis denies them.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT WAL-MART
Case No. CV-07-6478 R (AGRX)

- 7 -

22655\1560379.1

1   54.   In answer to the allegations of paragraph 54, Defendant denies that it
2 used the Steele Mark in bad faith to reach the same geographical areas as the
3 Plaintiff in order to market the same goods and services.  Defendant avers that the
4 remaining allegations of paragraph 54 call for legal conclusions to which no
5 response is required.  To the extent a response to these remaining allegations is
6 required, Defendant denies them.

7   55.   In answer to the allegations of paragraph 55, Defendant denies that the
8 alleged mark on the subject handbags caused consumer confusion as to the
9 affiliation, connection, or association of Robert C. Kaufhold with Wal-Mart.
10 Defendant avers that the remaining allegations of paragraph 55 call for legal
11 conclusions to which no response is required.  To the extent a response to these
12 remaining allegations is required, Defendant denies them.

13   56.   In answer to the allegations of paragraph 56, Defendant denies each
14 and every allegation of said paragraph.

15   57.   In answer to the allegations of paragraph 57, Defendant denies each
16 and every allegation of said paragraph.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses to Plaintiffs' alleged claims for relief, Defendant alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims for relief fail, in whole or in part, to state facts sufficient to constitute a claim upon which relief can be granted against Defendant.

## SECOND AFFIRMATIVE DEFENSE

At all times, Defendant acted in complete good faith and with innocent intent, without knowledge that the sale of the accused goods allegedly infringed the rights of any of the Plaintiffs or any other third party.  In fact, Plaintiffs, by way of a Notice of Errata Regarding the First Amended Complaint, filed and served two certificates of copyright registration for the works entitled "Bobby Steele" and

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT WAL-MART
Case No. CV-07-6478 R (AGRX)

- 8 -

22655\1560379.1

"Classic Bobby Steele" on April 4, 2008, exactly six months after Plaintiffs filed and served their initial Complaint and one week after Plaintiffs filed and served their First Amended Complaint.

### THIRD AFFIRMATIVE DEFENSE

Any copyright claims asserted by Plaintiff Jonathan Krosky in and to a derivative work of the Steele Photograph that was created and exclusively claimed by Plaintiff Heidi Calvert should be dismissed because, pursuant to 17 U.S.C. § 106(2), only Ms. Calvert has the exclusive right to prepare a derivative work of the Steele Photograph.

### FOURTH AFFIRMATIVE DEFENSE

The trademark infringement claim asserted by Plaintiff Robert C. Kaufhold should be dismissed because the S-shaped logo is not distinctive and is not used by Mr. Kaufhold to market the same goods as sold by Defendant to the latter's market.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs, by their acts, errors, omissions and course of conduct, are barred and estopped from any recovery in this action.

### SIXTH AFFIRMATIVE DEFENSE

The actions taken by Defendant were in good faith, and to the extent Plaintiffs seek exemplary or punitive damages in Counts 3, 4 and 5 of the First Amended Complaint for any purported acts of the Defendant, said claims fail to state facts sufficient to justify an award of exemplary and punitive damages.

### SEVENTH AFFIRMATIVE DEFENSE

If Plaintiffs suffered any damages, they have failed to act in a reasonable manner to mitigate them.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred under the doctrine of innocent infringement.

### NINTH AFFIRMATIVE DEFENSE

Defendant reserves the right to assert additional affirmative defenses as

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT WAL-MART
Case No. CV-07-6478 R (AGRX)

- 9 -

22655\1560379.1

Plaintiffs' claims are clarified during the course of this litigation.

WHEREFORE, Defendant Wal-Mart Stores, Inc. having fully answered Plaintiffs' First Amended Complaint and asserted its affirmative defenses, respectfully requests that this Court enter judgment dismissing Plaintiffs' First Amended Complaint with prejudice and award Defendant its costs and attorneys' fees and such other and further relief as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Wal-Mart Stores, Inc. demands a trial by jury of all issues so triable.

Dated: April 24, 2008                    FARELLA BRAUN & MARTEL LLP

By:  /s/
     Andrew Leibnitz

Attorneys for Defendant
WAL-MART STORES, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT WAL-MART
Case No. CV-07-6478 R (AGRX)

- 10 -

22655\1560379.1