RICHARD LLOYD SHERMAN, ESQ. (STATE BAR NO. 106597)
ABHAY KHOSLA, ESQ. (STATE BAR NO. 223555)
SHERMAN & NATHANSON
9454 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212-2930
Telephone:  (310) 246-0321
Facsimile:   (310) 246-0305

Attorneys for Plaintiffs ROBERT C. KAUFHOLD,
HEIDI CALVERT, and JONATHAN KROSKY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. KAUFHOLD p/k/a BOBBY STEELE, an individual; HEIDI CALVERT, an individual; JONATHAN KROSKY, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>WALMART STORES, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. CV 07-06478 R (AGRx)<br>[Hon. Judge Manuel L. Real, Presiding]<br><br>**PROOF OF SERVICE OF ORDER RE: NOTICE TO COUNSEL** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT C. KAUFHOLD, et al.,<br><br>Plaintiff(s),<br><br>V.<br><br>WAL-MART STORES, INC.,<br><br>Defendant(s). | CV 07-6478-R<br><br>ORDER RE:<br>NOTICE TO COUNSEL |

===============================================================

This case has been assigned to the calendar of Judge Manuel L. Real.

Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure. **NONCOMPLIANCE MAY LEAD TO THE IMPOSITION OF SANCTIONS WHICH MAY INCLUDE THE STRIKING OF PLEADINGS AND ENTRY OF JUDGMENT OR DISMISSAL OF THE ACTION.**

The attention of counsel is particularly directed to Local Rule 16. Counsel should also be guided by the following special requirements when litigating cases assigned to Judge Real:

1. <u>INTERROGATORIES</u>: See Local Rules.

2. <u>MOTIONS</u>: Motions shall be heard on the first and third

**NOTICE TO COUNSEL**                                            **PAGE 2**
==============================================================

Monday of each month at 10:00 A.M., unless otherwise ordered by the Court. If the Monday is a national holiday, the succeeding Tuesday shall be the motion day.

      3. <u>**EX PARTE APPLICATIONS**</u>: No hearing will be held unless deemed necessary by the Court; if the Court requires a hearing, the clerk will contact the parties and inform them of the date and time. In the moving papers' declaration of notification, the declarant shall state whether or not the application is opposed; if opposed, the declarant shall state that the opposing party was informed that the opposing party has twenty-four (24) hours from receipt of the papers to file its opposition. The matter will then stand submitted.

      4. <u>**CONTINUANCES**</u>: Counsel requesting a continuance must submit a stipulation with a detailed declaration as to the reason for the requested continuance or extension of time, together with a proposed order. Stipulations, including those for second and subsequent extensions of time to respond to the complaint, are effective ONLY when approved by this Court. Any stipulation not in compliance with this order or the Local Rules will automatically be denied without further notice to the parties.

      5. <u>**CONFORMED COPIES**</u>: Parties will receive conformed copies of filed documents only if extra copies and self-addressed stamped envelopes are submitted along with their lodged documents, or if they have signed up for the optical scanning program.

      6. <u>**REMOVED ACTIONS**</u>: Any answers filed in state court must be refiled in this Court as a supplement to the petition. Any pending motions must be renoticed in accordance with Local Rule 7.

      7. <u>**WAIVED LOCAL RULES**</u>: (Local Rule 16-14.1): settlement conferences are NOT mandatory; if the parties mutually agree to the holding of a settlement conference, they shall contact the clerk. (Local Rule 7-3): parties are NOT obligated to meet and confer, or file a declaration in connection thereto, for the purposes of preparing and filing dispositive motions (to dismiss, summary judgment, etc).

## NOTICE TO COUNSEL                                                    PAGE 3
=============================================================

**8. FEDERAL RULE 26(f)**: This Court requires the following, and counsel are ORDERED to follow this outline: 30 days after the first answering defendant files a response to the complaint, the parties shall hold an early meeting, in person, for the purpose of making initial disclosures. Plaintiff's counsel shall have the duty of scheduling the meeting. The parties shall then file a Joint Report of Early Meeting within 14 days of the holding of the Early Meeting of Counsel. Counsel are informed that approximately 30 days after receipt of the Joint Report, this Court shall issue an Order setting the dates of the Final Pre-Trial Conference, and the Trial of the action.
This Court shall not set a "scheduling conference" or issue a "scheduling order" other than as set out previously in this section.

**9. COURTESY COPIES OF E-FILED DOCUMENTS**: Judge Real does not accept courtesy copies in chambers. Copies of all e-filed documents shall be delivered to the civil intake section within seven (7) hours of the time the document was e-filed. The chambers copy shall be blue-backed and double-hole punched.

**10. NOTICE OF THIS ORDER**: Counsel for plaintiff, or plaintiff, if appearing on his or her own behalf, is responsible for promptly serving this notice on defendant's counsel, and filing a proof of service with the notice attached as an exhibit with the Court. If this case came to the Court via a Noticed Removal, this burden falls to the removing defendant.

_____
MANUEL L. REAL
U. S. DISTRICT JUDGE

Date: April 28, 2008

## (PROOF OF SERVICE - 1013A(3), 2015.5 C.C.P.)

**STATE OF CALIFORNIA**      )
                             ) SS.
**COUNTY OF LOS ANGELES**    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9454 Wilshire Blvd., Ste. 820, Beverly Hills, California 90212.

On May 1, 2008, I served the foregoing document(s) described as **PROOF OF SERVICE OF ORDER RE: NOTICE TO COUNSEL** on the interested parties in this matter by placing __X__ a true copy ____ the original thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| _Attorney for Defendant Walmart Stores, Inc._<br><br>Andrew Leibnitz, Esq.<br>Farella Braun & Martel, LLP<br>235 Montgomery St., 17th Fl.<br>San Francisco, CA 94104<br>Tel: (415) 954-4400 / Fax: (415) 954-4480 | Sunny Kim<br>Ballon Stoll Bader & Nadler, P.C.<br>1450 Broadway<br>New York, NY 10018<br>Tel: (212) 545-7900 / Fax: (212) 764-5060 |

**(BY MAIL)** __X__ I placed a true copy of the foregoing document(s) in a sealed envelope addressed to each interested party as set forth above. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service made pursuant to C.C.P. § 1013(a) should be presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**(BY PERSONAL SERVICE)** ____ I delivered by hand or I arranged for personal delivery by a designated messenger service, a true copy of the above-referenced documents(s), enclosed in a sealed envelope at the location/address(es) specified above.

**(BY FACSIMILE)** ____ I caused a true copy of the foregoing documents to be served by facsimile transmission for instant transmittal via telephone from sending facsimile machine telephone number (310) 246-0305 to each interested party at the facsimile number(s) shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

**(FEDERAL)** __X__ I declare that I am employed in the office of a member of the bar of this court at whose discretion the service was made.

Executed on May 1, 2008, in Beverly Hills, California.

_____
Richard Thompson

(Kaufhold/Calvert -1427.1)