Richard Lloyd Sherman (State Bar No. 106597)
  rsherman@snmlaw.com
Abhay Khosla (State Bar No. 223555)
  abhaykhosla@snmlaw.com
Sherman & Nathanson
9454 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (310) 246-0321
Facsimile: (310) 246-0305

Attorneys for Plaintiffs
ROBERT C. KAUFHOLD, HEIDI CALVERT and JONATHAN KROSKY

Sunny S. Kim (Admitted *Pro Hac Vice*)
  skim@ballonstoll.com
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue, 17th Floor
New York, NY 10019
Telephone: (212) 575-7900
Facsimile: (212) 764-5060

Attorneys for Defendant
WAL-MART STORES, INC.

SCAN

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY __ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. KAUFHOLD p/k/a BOBBY STEELE, an individual; HEIDI CALVERT, an individual; JONATHAN KROSKY, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation,<br><br>Defendant. | Case No. CV-07-06478 R (AGRx)<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING THE TIME FOR THE PARTIES TO HOLD THE EARLY MEETING OF COUNSEL<br><br>Hon. Manuel L. Real |

1  **WHEREAS** Plaintiffs Robert C. Kaufhold, Heidi Calvert and Jonathan
2  Krosky ("Plaintiffs") filed their First Amended Complaint on March 28, 2008
3  asserting claims for copyright infringement, violation of the Lanham Act,
4  misappropriation, libel, accounting and trademark infringement ("Complaint");
5  **WHEREAS** on April 24, 2008, Defendant Wal-Mart Stores, Inc. ("Wal-
6  Mart") filed its Answer and Affirmative Defenses in response to the Complaint;
7  **WHEREAS** on May 1, 2008, Plaintiffs' counsel served and filed this Court's
8  Order Regarding Notice to Counsel dated April 28, 2008;
9  **WHEREAS** on May 5, 2008, Plaintiffs' counsel contacted Wal-Mart's *pro*
10 *hac vice* counsel, Sunny S. Kim, via electronic mail for the purpose of scheduling
11 the Early Meeting of Counsel ("EMC");
12 **WHEREAS** on May 5, 2008, Ms. Kim advised Plaintiffs' counsel that she is
13 available on May 20, May 21 and May 22, 2008 to attend the EMC;
14 **WHEREAS** on May 9, 2008, Plaintiffs' counsel proposed to Ms. Kim to
15 convene the parties and their counsel for an in-person settlement conference and
16 EMC, to which Wal-Mart agreed;
17 **WHEREAS** said in-person settlement conference is scheduled to take place
18 at Ms. Kim's law firm in New York on May 30, 2008;
19 **IT IS HEREBY STIPULATED AND AGREED** by and between the
20 attorneys for the parties, and subject to the approval of the Court, that the time for
21 the parties to hold the EMC is extended to and including June 20, 2008.
22 **IT IS FURTHER STIPULATED AND AGREED** by the undersigned that
23 a faxed copy of this Stipulation will be deemed an original for purposes of this
24 Stipulation and that this Stipulation may be executed in one or more counterparts,
25 ///
26 ///
27 ///
28 ///

but that all such counterparts shall together constitute but one and the same instrument.

SO STIPULATED.

Dated: May 19, 2008

BALLON STOLL BADER & NADLER, P.C.

By: _____
Sunny Kim

Admitted *Pro Hac Vice* for Defendant
WAL-MART STORES, INC.

Dated: May 19, 2008

SHERMAN & NATHANSON

By: _____
Richard Lloyd Sherman

Attorneys for Plaintiffs
ROBERT C. KAUFHOLD, HEIDI CALVERT and JONATHAN KROSKY

**ORDER**

For good cause shown, IT IS SO ORDERED.

Dated: May 21, 2008

By: _____
Honorable Manuel L. Real
United States District Court Judge