RICHARD LLOYD SHERMAN, ESQ. (STATE BAR NO. 106597)
ABHAY KHOSLA, ESQ. (STATE BAR NO. 223555)
SHERMAN & NATHANSON
9454 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212-2929
Telephone:  (310) 246-0321
Facsimile:   (310) 246-0305

Attorneys for Plaintiffs ROBERT C. KAUFHOLD,
HEIDI CALVERT, and JONATHAN KROSKY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. KAUFHOLD p/k/a BOBBY STEELE, an individual; HEIDI CALVERT, an individual; JONATHAN KROSKY, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>WALMART STORES, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. CV 07-06478 ER (AGRx)<br><br>Hon. Manual L. Real, Presiding<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on or about May 8, 2007, Plaintiffs Robert C. Kaufhold p/k/a Bobby Steele, Heidi Calvert, Jonathan Krosky (hereinafter collectively referred to as "***Plaintiffs***"), by and through their attorneys of record, Sherman & Nathanson, and Defendant Walmart Stores, Inc., by and through its supplier, Pacific Connections, Inc. ("***Defendant***"), reached a settlement of all claims wherein Pacific Connections is required to make two (2) installment payments, the last one being made on August 25, 2008.

1  The Parties wish to relieve this Court of its obligations pursuant to this
2  litigation (pursuant to California *Rules of Court*, Rule 225(c); and
3  **WHEREAS**, the Settlement is intended by the Parties to be a full and
4  complete settlement and compromise of the dispute and a full, complete and general
5  release of any and all claims that the Parties may have against each other as to the
6  issues involved in this case; and
7  In view of the foregoing, this Court is requested to set an OSC Re: Dismissal
8  in this matter in the mid September 2008

10  Dated: July 3, 2008        **SHERMAN & NATHANSON, P.C.**

12                              By _/s/ Richard Lloyd Sherman_
                                **RICHARD LLOYD SHERMAN**
13                              Attorneys for Plaintiffs ROBERT C. KAUFHOLD,
14                              HEIDI CALVERT, and JONATHAN KROSKY